# COURT MINUTES

## Magistrate Judge EDWIN G. TORRES

| King Building Courtroom 10-5 | Date: 11/19/12    Time: 10:00 AM |
|---|---|

Defendant: **WILSON DAVID OTALVARO**   J#: 64848-050   Case #: **12-60162-CR-WILLIAMS/TURNOFF**

AUSA: John Bryne                           Attorney: Fred Haddad

Violation: **CONSPIRACY TO PWID COCAINE**

Proceeding: **ARRAIGNMENT, PTD**              CJA Appt: 

Bond/PTD Held: ☐ Yes ☑ No     Recommended Bond: 

Bond Set at:                                Co-signed by: MOTHER

☑ Surrender and/or do not obtain passports/travel docs **

☑ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☑ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☑ Travel extended to: SD/FLORIDA ONLY

☑ Other: Maintain Residence with Mother @ address on record

Language: ENGLISH

Disposition:
Defendant Arraigned.
~~Reading of Indictment Waived~~
Not Guilty plea entered
~~Jury trial demanded~~
~~Standing Discovery Order requested.~~

Parties STIPULATE to $150,000 psb + $100,000 w/10% w/nebbia.  NEBBIA Hearing held.  The Court finds Nebbia is SATISFIED.

**AND has 48 hours to surrender Colombian passport

NEXT COURT APPEARANCE   Date:     Time:     Judge:     Place:

Report RE Counsel: 
PTD/Bond Hearing: 
Prelim/Arraign or Removal: 
Status Conference RE: 

D.A.R. 10:33:13                                 Time in Court: 10