UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.     12-60162CR-WILLIAMS

UNITED STATES OF AMERICA,

-vs-

WILSON DAVID OTALVARO,
          Defendant.
_____/

## INITIAL OBJECTIONS TO PRESENTENCE REPORT

The Defendant, Wilson David Otalvaro, would present the following Initial Objections to the Presentence Report that was prepared in the instant matter and would state as follows:

1.      The Defendant would for purposes of the pleadings object to the failure to include or afford the Defendant an additional two point reduction for the "safety valve" provisions of guideline 5C1.2(a).

2.      The undersigned realized that the preparer has not yet conferred with Assistant United States Attorney Bruce Brown, as the Government has agreed based on all that the Defendant has done, that he meets the criteria for the reduction.

3.      The Defendant will, in an abundance of caution, provide a written statement outlining what the preparer suggests is necessary.

4.      The Defendant submits the guideline level of 21, presently set, should be reduced another two levels and that the mandatory minimum is lawfully avoidable under 5C1 et seq.

5.      The offense level for purposes of beginning the sentencing should now be at a level 19.

6.      Sentencing is set for August 21, 2013 and the Defendant will file a Sentencing Memorandum as the undersigned expects that the Government will file a Motion pursuant to guideline 5k1.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 29th day of July, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Mr. Bruce Brown, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33301

FRED HADDAD, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel:   [954] 467-6767
Fax:   [954] 467-3599

By:___*/Fred Haddad_____
       FRED HADDAD
       Florida Bar No. 180891
       Email: Dee@FredHaddadLaw.com